KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 05-00435 JSW |
|    Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| KENNETH JOHN GULICK, ) | |
|    Defendant. ) | |

     The above-captioned matter came before the Court on July 25, 2005 for arraignment on the indictment. The defendant was represented by David Fermino and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for July 28, 2005 for initial appearance before the Hon. Jeffrey S. White, United States District Court Judge.

     The Court made a finding on the record that the time from and including July 25 through July 28, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C.

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00435 JSW**

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until July 28, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: 7/28/05

DAVID FERMINO
Counsel for Kenneth John Gulick

DATED: 7/28/05

JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.
DATED: 8/2/05

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00435 JSW** 2