E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-00435 JSW |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO EXONERATE BOND |
| v. ) | |
| KENNETH JOHN GULICK, ) | |
| Defendant. ) | |

On July 27, 2005 defendant Kenneth John Gulick appeared before The Honorable Magistrate Judge Edward M. Chen and was released on bond. As a condition of his release Mr. Gulick was required to surrender his passport to the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | On September 2, 2005 Mr. Gulick appeared before The Honorable Magistrate Judge Edward
2 | M. Chen, in which Magistrate Chen ordered that Mr. Gulick's passport be returned to him.

9/2/05
Date

David W. Fermino, Assistant Federal Public Defender

**SO ORDERED.**

9/2/05
Dated

Honorable EDWARD M. CHEN
Magistrate Judge, Northern District of California

2