IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KENNETH JOHN GULICK,

    Defendant.
    _____/

No. C 05-00435 JSW

**ORDER VACATING DATES**

Pursuant to the Notice of Plea filed by the parties on September 2, 2005, the pretrial conference date set for October 17, 2005, and the trial date of November 7, 2005, that were pending before this Court are HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: September 19, 2005

                                                        *Jeffrey S. White*
                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE