# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue



## Request for Early Termination of Supervision

Name of Offender: Kenneth John Gulick        Docket No.: CR 05-00435-01 EMC

Name of Sentencing Judge: Edward M. Chen
United States Magistrate Judge

Date of Original Sentence: September 2, 2005

Original Offense:
Count One: Making and Delivering a False Official Writing, 18 U.S.C. § 1018, a Class A misdemeanor

Original Sentence: 2 years probation
Special Conditions: Special assessment $25.00; fine $1,000.00; the defendant shall not commit any federal, state or local crime; and the defendant shall not pilot an aircraft during the term of probation imposed by the Court.

Type of Supervision: Unsupervised Probation   Date Supervision Commenced: September 2, 2005
Assistant U.S. Attorney: Jeffrey R. Finigan          Defense Counsel: David Fermino (AFPD)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

In that the offender is on unsupervised probation, the undersigned officer has no personal contact with Mr. Gulick. However, a review of the U. S. District Court Clerk's records revealed the offender satisfied the $25.00 special assessment and $1,000.00 fine in full on September 6, 2005. A review of his criminal history record revealed no new arrests or convictions during the first nineteen months on probation.

Therefore, it is recommended that the offender's term of unsupervised probation be allowed to terminate prior to the normal expiration date of September 1, 2007, due to his compliant behavior while on probation.

The Assistant U.S. Attorney has been notified and there are no objections.

NDC-SUPV-FORM 12B(2) 01/13/06

Kenneth John Gulick
CR 05-00435-01 EMC

Page 2

Address of offender:     1271 Mountain View
                         St. Helena, CA 94574

Respectfully submitted,                    Reviewed by:

_____                  _____
Esther M. Davis                            James M. Schloetter
U.S. Probation Officer                     Supervisory U.S. Probation Officer

Date Signed: May 11, 2007

===

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

_5/15/07_____                  _____
Date                                       Edward M. Chen
                                           United States Magistrate Judge

NDC-SUPV-FORM 12B(2) 01/13/06